# HUSCH BLACKWELL

Daniel P. Jaffe
Attorney

60 East 42nd Street, Suite 4600
New York, NY 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

January 20, 2021

**Via ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Transped Shipping Levante S.L. v. B global Logistics Inc.* Case No. 1:20-cv-05357-PKC-RML, United States District Court for the Eastern District of New York – Status Report on How Plaintiff Intends on Proceeding with Case.  Individual Practice Rule  2. A.

Dear Magistrate Judge Levy:

   Pursuant to Individual Practice Rule 2. A., Plaintiff submits this letter reporting on how Plaintiff intends to proceed with the above referenced case.  This letter report was directed to be filed by January 18, 2021 by Magistrate Judge Steven M. Gold in his STATUS REPORT ORDER of January 4, 2021.  Due to an emergency in another case , I was unable to file this letter report by the January 18, 2021 deadline.  Please excuse this belated filing.

   After the Summons and Verified Complaint were served on November 6, 2020, I was contacted by attorney Steven Blatt of Bellavia Blatt, PC on December 4, 2020, who identified himself as the attorney for Defendant B Global Logistics Inc.  Mr. Blatt made an offer to settle the case which was rejected by Plaintiff.  Plaintiff through its attorneys requested information on the financial condition of Defendant.  As of this time such information has not been forthcoming.  In view of this, within the next 30 days, Plaintiff will seek from the Clerk of Court a Certificate of Default and take all further steps to obtain a default judgment.

                                                            Respectfully submitted,

                                                            /s/ *Daniel P. Jaffe*

                                                            Daniel P. Jaffe
                                                            Attorney for Plaintiff

SLC-8688834-1
HB: 4837-4884-0664.1                                                                                                     Husch Blackwell LLP