# HUSCH BLACKWELL

Daniel P. Jaffe
Attorney

60 East 42nd Street, Suite 4600
New York, NY 10165
Direct: 212.485.9805
Fax: 314.480.1505
dan.jaffe@huschblackwell.com

February 23, 2022

**Via ECF**

Hon. James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers: Room 1227 South
Brooklyn, New York 11201

Re: ***Transped Shipping Levante S.L. v. B Global Logistics Inc.***, Case Number 1:20-cv-5357-PKC-JRC, U.S. District Court, Eastern District of New York – Status Report (1/24/2022 Order)

Dear Judge Cho:

    Pursuant to Individual Practice Rule A and the Court's Order of January 24, 2022, Plaintiff Transped Shipping Levante S.L. ("Transped") submits this Status Report.

    Transped is in communication with James P. Pagano, attorney for Defendant, B Global Logistics, Inc. ("B Global") regarding the status of B Global's effort to obtain money from the United States Small Business Administration ("SBA") and New York State to assist it regarding economic losses it suffered due to the pandemic. B Global has persisted in its efforts to communicate with the SBA, but so far has not received notification of a decision on her application. B Global through its owner/CEO, Brigid Gatti, is getting assistance from her United States Representative to Congress to facilitate her dealings with the SBA. B Global has also gotten encouraging feedback from former and prospective customers regarding future business.

                                   Respectfully submitted,

                                   /s/ *Daniel P. Jaffe*

                                   Daniel P. Jaffe
                                   Attorney for Plaintiff

c: James P. Pagano, Esq. via CM/ECF